IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Tonopah Solar Energy, LLC, | : | Bankruptcy No. 20-11884(KBO) |
| | : | |
| Debtor. | : | |
| | : | |
| CMB EXPORT, LLC, CMB INFRASTRUCTURE INVESTMENT GROUP IX, LP, and SOLARRESERVE CSP HOLDINGS, LLC, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | C.A. No. 20-1749-MN |
| | : | |
| TONOPAH SOLAR ENERGY, LLC, | : | |
| | : | |
| Appellee. | : | |

**ORDER**

**WHEREAS**, on February 17, 20121, the Magistrate Judge filed a recommendation that this case be withdrawn from the process of mediation [D.I. 6];

**WHEREAS**, the Court conducted a telephonic status conference in this case on March 1, 2021, at 2:00 p.m.;

**NOW THEREFORE, IT IS HEREBY ORDERED** this 11th day of March 2021 that this case is withdrawn from the process of mediation and the parties shall adhere to the following briefing schedule:

**Briefing on the Merits**

Appellants' Opening Brief on appeal shall be filed within 30 days of the date of this Order.

Appellee's Answering Brief on appeal shall be filed within 30 days of receipt of the Opening Brief.

Appellants' Reply Brief on appeal shall be filed within 21 days of receipt of the Answering Brief.

**Dispositive Motions**

Any dispositive motion shall be filed within 30 days of the date of this Order.

Any response to a dispositive motion shall be filed within 30 days of receipt of a dispositive motion.

Any reply shall be filed within 21 days of receipt of a response to a dispositive motion.

                                                    *Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge